# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25-cr-14 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| QUASTAIA RENAY BRASWELL | ) | Magistrate Judge Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 232] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to a lesser included offense of Count One of the seven count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the seven count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 49] pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 232] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to a lesser included offense of Count One of the seven count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser included offense of Count One of the seven count Indictment is **ACCEPTED**;

1

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 49] until further order of the Court or sentencing in this matter, which is scheduled to take place on **April 9, 2026, at 10:00 a.m.**

**SO ORDERED.**

                                       */s/ Charles E. Atchley, Jr.*
                                       **CHARLES E. ATCHLEY, JR.**
                                       **UNITED STATES DISTRICT JUDGE**